# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2019

159122

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MARGARET BARNOWSKI,
　　　　Claimant-Appellant,

v

CLEARY UNIVERSITY and
UNEMPLOYMENT INSURANCE AGENCY,
　　　　Appellees.

SC: 159122
COA: 344917
Livingston CC: 17-000079-AE

_____/

　　　On order of the Court, the application for leave to appeal the January 4, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2019



Clerk

p0612